**Dismissed and Memorandum Opinion filed July 29, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00097-CV

**GREGORY ALAN ALEMAN, Appellant**

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee**

**On Appeal from the County Court at Law No 2**
**Bell County, Texas**
**Trial Court Cause No. 24CCV00873**

### MEMORANDUM OPINION

This appeal is from a judgment signed January 16, 2025. The clerk's record was filed March 14, 2025. The reporter's record was filed May 6, 2025. No brief was filed.

On June 16, 2025, the Clerk of Court issued a notice stating that unless appellant filed a brief on or before June 26, 2025, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response. On July 16, 2025, Appellee filed an

unopposed motion to dismiss for want of prosecution.

We **GRANT** Appellee's motion and **DISMISS** the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.